William V. O'Connor
936 Harding Ave.
Venice CA 90291
310 292 2271

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWMAN<br><br>v.         Plaintiff(s)<br><br>POLAR AIR<br><br>         Defendant(s). | CASE NUMBER<br><br>CV 11-03372 DSF (MRWx)<br><br>MEDIATION REPORT |

**Instructions:** *The mediator shall file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator shall file a subsequent Report.*

1. ☑ A mediation was held on (date): February 16, 2012 .

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☑ Appeared as required by Civil L.R. 16-15.5(b).
   ☐ Did not appear as required by Civil L.R. 16-15(b).
       ☐ Plaintiff or plaintiff's representative failed to appear.
       ☐ Defendant or defendant's representative failed to appear.
       ☐ Other:

3. Did the case settle?
   ☐ Yes, fully.
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☑ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?
   (date:) March 17, 2012 .

Dated: February 17, 2012

_____
Signature of Mediator
William V. O'Connor
Name of Mediator (print)

The Mediator is to electronically file original document.

ADR-03 (01/12)                                MEDIATION REPORT                                Page 1 of 1