1  DOUG GRIFFITH (Bar No. 185333)
   doug@douggriffithlaw.com
2  LAW OFFICE OF DOUG GRIFFITH
   633 West 5th Street, Suite 2800
3  Los Angeles, CA  90071
   Telephone:  (213) 223-2092
4  Facsimile:  (213) 814-4530

5  Attorney for Plaintiff
   CHARLES CYRUS NEWMAN
6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| 11 | CHARLES CYRUS NEWMAN, an individual, | **Case No. CV-11-3372 DSF (MRWx)** |
|----|---|---|
| 12 | Plaintiff, | **STIPULATION OF DISMISSAL** |
| 13 | vs. | |
| 14 | | *Hon. Dale S. Fischer* |
| 15 | POLAR AIR CARGO WORLDWIDE, INC., a Delaware corporation; and DOES 1 through 25, inclusive, | Final Pretrial |
| 16 | | Conf. Date: October 2, 2012 |
| 17 | Defendants. | Time: 3:00 p.m.<br>Judge: Hon. Dale S. Fischer<br>Courtroom: 840 |

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).  Each party shall bear his or its own costs and attorneys' fees.

DATED: June 25, 2012		LAW OFFICE OF DOUG GRIFFITH


By: _/s/ Doug Griffith_
    Doug Griffith, Esq.

Attorney for Plaintiff
CHARLES CYRUS NEWMAN


DATED: June 25, 2012		MARGOLIS & TISMAN LLP


By: _/s/ Kimberly L. Owens_
    Kimberly L. Owens, Esq.

Attorneys for Defendant
POLAR AIR CARGO WORLDWIDE, INC.